### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| WOPIRB LLC : | |
| : | BANKR. NO. 23-12722 (MDC) |
| Debtor : | |
| : | |

### PRAECIPE

**Kindly Withdraw** the United States trustee's Expedited Motion to Dismiss Case which is scheduled for a hearing on **November 15, 2023 at 11:30 a.m**. with the Court.

Respectfully submitted,

Andrew R. Vara
United States Trustee
For Regions 3 and 9


By:  /s/ Kevin P. Callahan
Kevin P. Callahan
Trial Attorney
Office of United States Trustee
Robert N.C. Nix, Sr. Federal Bldg.
900 Market Street, Room 320
Dated: November 14, 2023        Philadelphia, PA  19107
(215) 597-4411