IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WOPIRB, LLC. | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.: 23-12722-MDC |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 14th day of November, 2023, the United States Trustee's *Praecipe to Withdraw* his Expedited Motion to Dismiss Case, was served upon those parties as set forth electronically and/or by otherwise noted below.

The parties sent service by the United States First Class mail, postage prepaid, are as follows:

Michael F. Powles, Principal
**WOPIRB, LLC**
2528 South 13th Street
Philadelphia, PA 19148-4306
*(Debtor)*
*Sent By U.S. Mail*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*(Debtor's Counsel)*
*Sent E-Mail:* *mail@cibiklaw.com*

Michael Assad, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Sent E-Mail:* *assad@cibiklaw.com*

BY: */s/ Nancy Miller*
Nancy Miller, Legal Clerk