IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :        Chapter 11
                                                            :
WOPIRB, LLC                                                 :
                                                            :
                    Debtor                                  :        Bankruptcy No.: 23-12722 (MDC)
                                                            :

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 8th day of February, 2024, the United States Trustee's Motion to Convert or Dismiss, Proposed Orders, and Notice of Hearing, was served upon those parties as set forth on the attached Clerk's Service List via CM/ECF, unless otherwise noted below.

Those parties sent service by the United States First Class mail, postage prepaid, are as follows:

Michael F. Powles, Principal
**WOPIRB, LLC**
2528 South 13th Street
Philadelphia, PA 19148-4306
*(Debtor)*
*(Sent U.S. Mail)*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*(Debtor's Counsel)*
*Sent E-Mail:* [mail@cibiklaw.com](mail@cibiklaw.com)

Michael Assad, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Sent E-Mail:* [assad@cibiklaw.com](assad@cibiklaw.com)

                                                BY:    */s/ Nancy Miller*
                                                         Nancy Miller, Legal Clerk

**Mailing Information for Case 23-12722-mdc**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **TAMMY BENOZA**    bankruptcy@fskslaw.com
- **KEVIN P. CALLAHAN**    kevin.p.callahan@usdoj.gov
- **MICHAEL A. CIBIK**    help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw
- **MEGAN N. HARPER**    megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov
- **United States Trustee**    USTPRegion03.PH.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

**Creditor List**

Click the link above to produce a complete list of **creditors** only.

**List of Creditors**

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.