IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WOPIRB, LLC | : | |
| | : | |
| | : | |
| | : | BANKR. NO. 23-12722 (MDC) |
| Debtor | : | |
| | : | |
| | : | |

## JUDGMENT ORDER DISMISSING CASE

AND NOW, upon consideration of the United States Trustee's Motion to Dismiss and the debtor's response, if any, it is now, therefore,

ORDERED as follows: that not later than thirty (30) days from the entry of this Order, the debtor shall file with the Court all appropriate monthly operating reports; and.

IT IS FURTHER ORDERED Judgment in accordance with FRBP 9021 is entered in favor of the United States Trustee against the debtor (s) in the principal sum of $_____, being the minimum amount of the accrued but unpaid fees due to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended; and

IT IS FURTHER ORDERED that the United States Trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

_____
HONORABLE MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge