

## SCHEDULE "A"

### (LEGAL DESCRIPTION OF PREMISES)

ALL THAT CERTAIN lot or piece of ground, with the buildings and improvements thereon erected.

DESCRIBED according to a Survey thereof made by C.W. Close Esq., Surveyor and Regulator of the Second District on the 10th day of April A.D. 1902, as follows, to wit:

BEGINNING at a point of intersection of the West side of 13th Street with the Northwest side of Moyamensing Avenue; THENCE extending Westward along the face of a party wall sixty feet four and three quarter inches to a certain four feet wide alley which extends Southward into said Moyamensing Avenue; THENCE extending Southward along the East side of said alley forty-four feet eight and five-eighths inches to a point in the Northwestward side of said Moyamensing Avenue; and THENCE extending Northeastward along the Northwest side of said Moyamensing Avenue seventy-five feet one and three quarter inches to the place of beginning.

UNDER AND SUBJECT to certain building restrictions of record.

TOGETHER with the free and common use, right, liberty and privilege with each and every of the adjoining tenants and owners of the aforesaid driveways as and for passageways, driveways and watercourses at all times hereafter, forever.

BEING known as No. 1301-1303 West Moyamensing Avenue, in the Thirty-Ninth Ward of the City of Philadelphia.

Being the same premises which Joseph R. Petkus and Mary Petkus, his wife; and Robert P. Petkus by Deed dated 4/4/1950 and recorded 4/6/1950 in Philadelphia County in Deed Book CJP 2607 Page 341 conveyed unto John Colanzi and Theresa Colanzi, his wife, as tenants by entireties, in fee.

And the said Theresa Colanzi has since departed this life on 12/23/1968.

Being the same premises which John Colanzi, widower by Deed dated 10/10/1975 and recorded 10/17/1975 in Philadelphia County in Deed Book DCC 967 Page 282 conveyed unto John Colanzi and Domenic Colanzi, and the survivor of them, and the heirs and assigns of such survivor, in fee. ($1.00 Consideration)

And the said John Colanzi has since departed this life on 5/6/1997.

Being the same premises which Domenic Colanzi by Deed dated 4/1/2010 and recorded 7/1/2010 in Philadelphia County as Document No. 52230125 conveyed unto Domenic Colanzi and Michael F. Powles, their heirs and assigns as joint tenants with the right of survivorship, in fee. ($1.00 Consideration)