# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WOPIRB, LLC | : | |
| | : | |
| Debtor | : | Bky. No. 23-12722-mdc |

## CERTIFICATION OF SERVICE

I,  KAREN LEONE-RULLIS  , do hereby certify under penalty of perjury that I caused to be served the Objection to Debtor's Plan of Reorganization Under Chapter 11 on the parties at the addresses shown below or on the attached list on  02/16/2024  .

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| Debtor's Counsel:<br>MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Debtor(s):<br>WOPIRB, LLC<br>2528 S 13th St<br>Philadelphia, PA 19148-4306 |
| Assistant US Trustee:<br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

DATE: 02/16/2024                                             /s/ KAREN LEONE-RULLIS
                                                             Name: Karen Leone-Rullis
                                                             Title: Legal Assistant/Paralegal