**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    WOPIRB, LLC,<br><br>        Debtor. | Case No. 23-12722-mdc<br><br>Chapter 11 |

**Order Granting Debtor's Application to Employ**
**Cibik Law, P.C. as Debtor's Counsel**

**AND NOW**, on this ___21st___ day of ___February___ 2024, upon consideration of the Debtor's Application to Employ Cibik Law, P.C. as Debtor's Counsel (the "Application"), the Court having concluded that the employment of Cibik Law, P.C. is necessary and is in the best interest of the Debtor, the Court being satisfied that Cibik Law, P.C. represents no interest adverse to the estate with respect to matters as to which it is to be engaged, that Cibik Law, P.C. is disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient cause appearing therefor, it is **ORDERED** that:

1. The application is **GRANTED**.

2. The Debtor is hereby authorized to employ Cibik Law, P.C. effective as of the date of the filing of the Application pursuant to the terms more fully set forth in the Application.

3. Cibik Law, P.C. may receive such compensation as is approved by this Court upon application after notice and opportunity for hearing.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

**Date: February 22, 2024**