United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12722-mdc |
| WOPIRB, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2024 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | WOPIRB, LLC, 2528 S 13th St, Philadelphia, PA 19148-4306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Feb 23 2024 00:36:00 | City of Philadelphia, Law Department- Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 24, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor WOPIRB LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| TAMMY BENOZA | on behalf of Creditor Stormfield Capital Funding I LLC bankruptcy@fskslaw.com |
| United States Trustee | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 22, 2024 | Form ID: pdf900 | Total Noticed: 2

        USTPRegion03.PH.ECF@usdoj.gov

VINCENT D. DIMAIOLO, JR.
        on behalf of Creditor Stormfield Capital Funding I  LLC vdimaiolo@feinsuch.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>WOPIRB, LLC,<br><br>Debtor. | Case No. 23-12722-mdc<br><br>Chapter 11 |

### Order Granting Debtor's Application to Employ
### Cibik Law, P.C. as Debtor's Counsel

**AND NOW**, on this __21st__ day of __February__ 2024, upon consideration of the Debtor's Application to Employ Cibik Law, P.C. as Debtor's Counsel (the "Application"), the Court having concluded that the employment of Cibik Law, P.C. is necessary and is in the best interest of the Debtor, the Court being satisfied that Cibik Law, P.C. represents no interest adverse to the estate with respect to matters as to which it is to be engaged, that Cibik Law, P.C. is disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient cause appearing therefor, it is **ORDERED** that:

1. The application is **GRANTED**.

2. The Debtor is hereby authorized to employ Cibik Law, P.C. effective as of the date of the filing of the Application pursuant to the terms more fully set forth in the Application.

3. Cibik Law, P.C. may receive such compensation as is approved by this Court upon application after notice and opportunity for hearing.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

**Date: February 22, 2024**