# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12722-mdc |
|     WOPIRB, LLC, | Chapter 11 |
|                 Debtor. | |

**Certificate of Service**

    I certify that on this date I did cause a copy of the Debtor's Application to Employ RCB Investment Consulting LLC as Debtor's Financing Consultant to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

Date: March 5, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com