**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　WOPIRB, LLC,<br><br>　　　　　　Debtor. | Case No. 23-12722-mdc<br><br>Chapter 11<br><br>Related to ECF No. 31 |

**ORDER**

**AND NOW**, after consideration of the United States Trustee's Motion to Dismiss or Convert Case, and after notice and hearing, it is hereby **ORDERED** that the motion is **DENIED**.

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge