IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               :
                                     :       CHAPTER 11
WOPIRB LLC                           :
                                     :       BANKR. NO.  23-12722 (MDC)
           Debtor                    :
                                     :

## PRAECIPE

**Kindly Withdraw** the United States trustee's Motion to Dismiss or Convert Case which is scheduled for a hearing on **March 6, 2024 at 11:30 a.m**. with the Court.

           Respectfully submitted,

           Andrew R. Vara
           United States Trustee
           For Regions 3 and 9

           By:  */s/ Kevin P. Callahan*
           Kevin P. Callahan
           Trial Attorney
           Office of United States Trustee
           Robert N.C. Nix, Sr. Federal Bldg.
           900 Market Street, Room 320
Dated:  March 6, 2024        Philadelphia, PA  19107
           (215) 597-4411