IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :        Chapter 11
                                        :
WOPIRB, LLC.                            :
                                        :
                                        :
                  Debtor                :        Bankruptcy No.:  23-12722-MDC

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 6th day of March, 2024, the United States Trustee's **Praecipe to Withdraw** his Motion to Dismiss or Convert Case, was served upon those parties as set forth electronically and/or by otherwise noted below.

The parties sent service by the United States First Class mail, postage prepaid, are as follows:

Michael F.  Powles, Principal
**WOPIRB, LLC**
2528 South 13th Street
Philadelphia, PA 19148-4306
*(Debtor)*
*Sent By U.S. Mail*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*(Debtor's Counsel)*
*Sent E-Mail:  mail@cibiklaw.com*

BY:    */s/ Nancy Miller*
        Nancy Miller, Legal Clerk