**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　WOPIRB, LLC,<br><br>　　　　Debtor. | Case No. 23-12722-mdc<br><br>Chapter 11 |

**Order Granting Debtor's Application to Employ RCB Investment Consulting LLC as Debtor's Financing Consultant**

　　**AND NOW**, upon consideration of the Debtor's Application to Employ RCB Investment Consulting LLC as Debtor's Financing Consultant (the "Application"), and there being sufficient cause for the Court to conclude that:

A. employment of RCB Investment Consulting LLC (the "Consultant") as the Debtor's Financing Consultant is necessary and is in the best interest of the Debtor,

B. the Consultant represents no interest adverse to the estate with respect to matters as to which it is to be engaged,

C. the Consultant is disinterested under 11 U.S.C. §§ 101 and 327, and

D. the Applicant has certified that proper service has been made and that there has been no response filed,

it is hereby **ORDERED** that:

1. the Application is **GRANTED**,

2. the Debtor is hereby authorized to employ the Consultant effective March 5, 2024, pursuant to the terms set forth in the Application, and

3. the Consultant may receive such compensation as is approved by the Court upon application after notice and opportunity for hearing.

Date: March 19, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge