United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 23-12722-mdc
WOPIRB, LLC                                                               Chapter 11
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                 Page 1 of 2
Date Rcvd: Mar 19, 2024                        Form ID: pdf900                           Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db | WOPIRB, LLC, 2528 S 13th St, Philadelphia, PA 19148-4306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|----------------------------|-----------|----------------------------|
| cr | Email/Text: megan.harper@phila.gov | Mar 20 2024 00:20:00 | City of Philadelphia, Law Department- Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor WOPIRB LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| TAMMY BENOZA | on behalf of Creditor Stormfield Capital Funding I LLC bankruptcy@fskslaw.com |
| United States Trustee | |

USTPRegion03.PH.ECF@usdoj.gov

VINCENT D. DIMAIOLO, JR.

on behalf of Creditor Stormfield Capital Funding I  LLC vdimaiolo@feinsuch.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12722-mdc |
| WOPIRB, LLC, | Chapter 11 |
| Debtor. | |

### Order Granting Debtor's Application to Employ RCB Investment Consulting LLC as Debtor's Financing Consultant

**AND NOW**, upon consideration of the Debtor's Application to Employ RCB Investment Consulting LLC as Debtor's Financing Consultant (the "Application"), and there being sufficient cause for the Court to conclude that:

A. employment of RCB Investment Consulting LLC (the "Consultant") as the Debtor's Financing Consultant is necessary and is in the best interest of the Debtor,

B. the Consultant represents no interest adverse to the estate with respect to matters as to which it is to be engaged,

C. the Consultant is disinterested under 11 U.S.C. §§ 101 and 327, and

D. the Applicant has certified that proper service has been made and that there has been no response filed,

it is hereby **ORDERED** that:

1. the Application is **GRANTED**,

2. the Debtor is hereby authorized to employ the Consultant effective March 5, 2024, pursuant to the terms set forth in the Application, and

3. the Consultant may receive such compensation as is approved by the Court upon application after notice and opportunity for hearing.

Date:    March 19, 2024

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge