IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WOPIRB, LLC, | : | |
| Debtor. | : | Case No. 23-12722 (PMM) |

## ORDER SCHEDULING STATUS HEARING

**AND NOW**, upon consideration of the transfer of this Bankruptcy Case to the undersigned Judge;

It is hereby **ordered** that a status hearing with regard to case progress and pending matters will be held on **Wednesday, May 8, 2024 at 9:30 a.m.** in the United States Bankruptcy Court, Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.

Dated: 4/3/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge