Case 23-12722-pmm    Doc 54-3    Filed 04/04/24    Entered 04/04/24 14:08:41    Desc
Exhibit 2022 Page 1 of 3

eRecorded in Philadelphia PA 1 of 3 Page 1 of 3    Rec Fee: $242.75
03/25/2022 6:36 PM
Receipt#: 22-136961
Records Department    Doc Code: A

Record and Return to:
FEIN, SUCH, KAHN & SHEPARD, PC.
7660 Imperial Way, Suite 121
Allentown, Pennsylvania 18195
(610) 395-3535



PROPERTY ADDRESS: 1301-1303 WEST MOYAMENSING AVENUE, PHILADELPHIA PA 19148

## ASSIGNMENT OF MORTGAGE

Assignor: STORMFIELD SPV I, LLC, whose address is 200 PEQUOT AVENUE, SOUTHPORT, CT 06890, ("Assignor")

Assignee: STORMFIELD CAPITAL FUNDING I, LLC whose address is 200 PEQUOT AVENUE, SOUTHPORT, CT 06890, ("Assignee")

Original Mortgagor: WOPIRB, LLC ("Mortgagors")

Original Mortgagee: STORMFIELD CAPITAL FUNDING I, LLC

Date of Mortgage: November 29, 2021 and recorded in the Office of the Recorder of the PHILADELPHIA County Clerk/Register, on March 8, 2022, at Instrument No. 53990906.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $475,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Security Instrument.

TO HAVE AND TO HOLD the said Security Instrument, and the said property unto said Assignee forever, subject to the terms contained in said Security Instrument.

IN WITNESS WHEREOF, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officer and its corporate seal to be hereto affixed this 23rd day of September, 2022.

STORMFIELD SPV I, LLC

By: _____
Name: Timothy Jackson
Title: Authorized Signer

STATE OF Connecticut   }
COUNTY OF Fairfield     }

I certify that on that on September 23, 2022, before me, the subscriber, a Notary Public in and for the state aforesaid, personally appeared Timothy Jackson, the Authorized Signer of STORMFIELD SPV I, LLC, who acknowledged that he/she executed the foregoing Assignment of Mortgage for the purposes therein contained by signing the name of the company in his/her representative capacity.

WITNESS my hand and official seal,

_____
(Notary Signature)

Gregory H. Busch
Print Name

GREGORY H. BUSCH
Notary Public, State of Connecticut
My Commission Expires Dec. 31, 2025

**Certificate of Residence of Assignee**

I hereby certify that the correct address of the within named Assignee is: STORMFIELD CAPITAL FUNDING I, LLC, 200 PEQUOT AVENUE, SOUTHPORT, CT 06890.

Attested By: _____

## EXHIBIT "A"

ALL THAT CERTAIN lot or piece of ground, with the buildings and improvements thereon erected.

DESCRIBED according to a Survey thereof made by C.W. Close Esq., Surveyor and Regulator of the Second District on the 10th day of April A.D. 1902, as follows, to wit:

BEGINNING at a point of intersection of the West side of 13th Street with the Northwest side of Moyamensing Avenue; THENCE extending Westward along the face of a party wall sixty feet four and three quarter inches to a certain four feet wide alley which extends Southward into said Moyamensing Avenue; THENCE extending Southward along the East side of said alley forty-four feet eight and five-eighths inches to a point in the Northwestward side of said Moyamensing Avenue; and THENCE extending Northeastward along the Northwest side of said Moyamensing Avenue seventy-five feet one and three quarter inches to the place of beginning.

UNDER AND SUBJECT to certain building restrictions of record.

TOGETHER with the free and common use, right, liberty and privilege with each and every of the adjoining tenants and owners of the aforesaid driveways as and for passageways, driveways and watercourses at all times hereafter, forever.

BEING known as No. 1301-1303 West Moyamensing Avenue, in the Thirty-Ninth Ward of the City of Philadelphia.

Being the same premises which Joseph R. Petkus and Mary Petkus, his wife; and Robert P. Petkus by Deed dated 4/4/1950 and recorded 4/5/1950 in Philadelphia County in Deed Book CJP 2607 Page 341 conveyed unto John Colanzi and Theresa Colanzi, his wife, as tenants by entireties, in fee.

And the said Theresa Colanzi has since departed this life on 12/23/1968.

Being the same premises which John Colanzi, widower by Deed dated 10/10/1975 and recorded 10/17/1975 in Philadelphia County in Deed Book DCC 967 Page 282 conveyed unto John Colanzi and Domenic Colanzi, and the survivor of them, and the heirs and assigns of such survivor, in fee. ($1.00 Consideration)

And the said John Colanzi has since departed this life on 5/6/1997.

Being the same premises which Domenic Colanzi by Deed dated 4/1/2010 and recorded 7/1/2010 in Philadelphia County as Document No. 52230125 conveyed unto Domenic Colanzi and Michael F. Powles, their heirs and assigns as joint tenants with the right of survivorship, in fee. ($1.00 Consideration)