FILED
01 FEB 2023 09:23 am
Civil Administration
A. CLARKE



| | |
|---|---|
| STORMFIELD CAPITAL FUNDING I, LLC<br>Plaintiff<br><br>v.<br><br>WOPIRB, LLC<br>Defendant(s) | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA<br>CIVIL ACTION - MORTGAGE FORECLOSURE<br><br>No. 221001340 |

## ORDER

AND NOW, this **27** day of **February**, 2023, the Prothonotary is ORDERED to amend the in rem judgment and the writ of execution nunc pro tunc in this case as follows:

| | |
|---|---|
| Principal | $475,000.00 |
| Unpaid Interest | $0.30 |
| Accrued Interest | $57,846.17 |
| Late Charges | $200.47 |
| Broker Exit Fee | $3,000.00 |
| Exit Fee | $4,750.00 |
| Release Prep Fee | $350.00 |
| Lender Place Insurance | $7,078.00 |
| Lender Placed Servicing Fee | $350.00 |
| Loan Servicing Fees December 2022 | $100.00 |
| Legal Fees | $7,648.06 |
| Costs of Suit and Title | $732.23 |
| Sheriff Sale Costs | $1,500.00 |
| Total | $558,555.23 |

Plus interest at six percent annum.

**UNOPPOSED**

BY THE COURT:

_____
J.

221001340-Stormfield Capital Funding I, Llc Vs Wopirb, Llc

22100134000015

Case ID: 221001340
Control No.: 23020127