# RESIDENTIAL BROKER PRICE OPINION

**EXHIBIT E**

Loan #: 
REO #: _____   This BPO is the ☐ Initial  ☐ 2nd Opinion  ☐ Updated  ☒ Exterior Only   DATE: 03/14/24
PROPERTY ADDRESS: 1301 W. Moyamensing Ave   SALES REPRESENTATIVE:
Philadelphia PA 19148   CLIENT NAME: Stormfield Capital, LLC
FIRM NAME: Premier Real Estate, Inc.   COMPLETED BY: Mitchell Cohen
PHONE NO.: [redacted]   FAX NO.: [redacted]

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Depressed  ☒ Slow  ☐ Stable  ☐ Improving  ☐ Excellent
Employment conditions: ☐ Declining  ☒ Stable  ☐ Increasing
Market price of this type property has: ☒ Decreased 5 % in past 12 months
☐ Increased ____ % in past ____ months
☒ Remained stable

Estimated percentages of owner vs. tenants in neighborhood: 70 % owner occupant  30 % tenant
There is a  ☐ Normal supply  ☒ oversupply  ☐ shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 25
No. of competing listings in neighborhood that are REO or Corporate owned: 0
No. of boarded or blocked-up homes: 0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ 250000 to $ 750000
The subject is an ☐ over improvement  ☐ under improvement  ☒ Appropriate improvement for the neighborhood.
Normal marketing time in the area is: 120 days.
Are all types of financing available for the property?  ☐ Yes  ☒ No   If no, explain  Commercial property
Has the property been on the market in the last 12 months?  ☐ Yes  ☒ No   If yes, $ ____ list price (include MLS printout)
To the best of your knowledge, why did it not sell?

Unit Type: ☐ single family detached  ☐ condo  ☐ co-op  ☐ mobile home
☐ single family attached  ☐ townhouse  ☐ modular
If condo or other association exists: Fee $ ____  ☐ monthly  ☐ annually  Current? ☐ Yes  ☐ No  Fee delinquent? $
The fee includes:  ☐ Insurance  ☐ Landscape  ☐ Pool  ☐ Tennis  Other ____  Phone No.:
Association Contact: Name:

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1301 W. Moyamensing Ave | 2655 S Warnock St | | 1325 Morris St | | 2134 S. 10th St | |
| Proximity to Subject | | .2 REO/Corp ☐ | | .8 REO/Corp ☐ | | .4 REO/Corp ☐ | |
| Sale Price | $ | $ 365,000 | | $ 505,000 | | $ 550,000 | |
| Price/Gross Living Area | $  Sq. Ft. | $ 198.37 Sq. Ft. | | $206.29 Sq. Ft. | | $ 224.12 Sq. Ft. | |
| Sale Date & Days on Market | | 12/29/23  259 | | 9/26/23  121 | | 12/15/23  96 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sales or Financing Concessions | | None | | None | | None | |
| Location | Urban | Urban | | Urban | | Urban | |
| Leasehold/Fee Simple | Fee | Fee | | Fee | | Fee | |
| Site | .03 | .02 | | .02 | | .02 | |
| View | Neighborhood | Neighborhood | | Neighborhood | | Neighborhood | |
| Design and Appeal | 2 Sty Good | 2 Sty Good | | 2 Sty Good | | 2 Sty Good | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 104 | 100 | | 109 | | 109 | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade Room Count | Total 8 / Bdms 2 / Baths 2 | Total 6 / Bdms 2 / Baths 2 | 50000 | Total 10 / Bdms 4 / Baths 3 | | Total 10 / Bdms 4 / Baths 3 | |
| Gross Living Area | 2627 Sq. Ft. | 1840 Sq. Ft. | 100000 | 2448 Sq. Ft. | | 2454 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | Full | Full | | Full | | Full | |
| Functional Utility | Avg | Avg | | Avg | | Avg | |
| Heating/Cooling | Gas | Gas | | Gas | | Gas | |
| Energy Efficient Items | n/a | n/a | | n/a | | n/a | |
| Garage/Carport | None | None | | None | | None | |
| Porches, Patio, Deck Fireplace(s), etc. | n/a | n/a | | n/a | | n/a | |
| Fence, Pool, etc. | n/a | n/a | | n/a | | n/a | |
| Other | n/a | n/a | | n/a | | n/a | |
| Net Adj. (total) | | ☒ +  ☐ - | $ 150000 | ☐ +  ☐ - | $0 | ☐ +  ☐ - | $0 |
| Adjusted Sales Price of Comparable | | | $515,000 | | $505,000 | | $550,000 |

## IV. MARKETING STRATEGY

Occupancy Status: Occupied ☒  Vacant ☐  Unknown ☐

☒ As-is  ☐ Minimal Lender Required Repairs  ☐ Repaired   Most Likely Buyer: ☐ Owner occupant  ☒ Investor

## V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

☐ Unknown   $ _____   ☐ _____ $ _____
☐ _____    $ _____   ☐ _____ $ _____
☐ _____    $ _____   ☐ _____ $ _____
☐ _____    $ _____   ☐ _____ $ _____
☐ _____    $ _____   ☐ _____ $ _____

**GRAND TOTAL FOR ALL REPAIRS** $0

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1301 W. Moyamensing Ave | 2654 S. 12th St | | 2601-03 S 12th St | | 1640 Jackson St | |
| Proximity to Subject | | .1 REO/Corp☐ | | .1 REO/Corp☐ | | .5 REO/Corp☐ | |
| List Price | $ | $499,999 | | $575,000 | | $650,000 | |
| Price/Gross Living Area | $  Sq.Ft. | $282.17 Sq.Ft. | | $221.15 Sq.Ft. | | $282.12 Sq.Ft. | |
| Data and/or Verification Sources | MLS | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adjustment | DESCRIPTION | +(-)Adjustment | DESCRIPTION | +(-)Adjustment |
| Sales or Financing Concessions | | None | | None | | None | |
| Days on Market | | 54 | | 176 | -50000 | 123 | -50000 |
| Location | Urban | Urban | | Urban | | Urban | |
| Leasehold/Fee Simple | Fee | Fee | | Fee | | Fee | |
| Site | .03 | .02 | | .02 | | .03 | |
| View | Neighborhood | Neighborhood | | Neighborhood | | Neighborhood | |
| Design and Appeal | 2 Sty Good | 2 Sty Good | | 2 Sty Avg | 25000 | 2 Sty Good | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 104 | 94 | | 94 | | 104 | |
| Condition | C3 | C3 | | C4 | 25000 | C3 | |
| Above Grade Room Count | Total 8 / Bdms 2 / Baths 2 | Total 6 / Bdms 2 / Baths 2 | | Total 10 / Bdms 4 / Baths 4 | | Total 8 / Bdms 4 / Baths 3 | |
| Gross Living Area | 2627 Sq. Ft. | 1772 Sq. Ft. | 100000 | 2600 Sq. Ft. | | 2000 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | Full | Full | | Full | | Full | |
| Functional Utility | Avg | Avg | | Avg | | Avg | |
| Heating/Cooling | Gas | Gas | | Gas | | Gas | |
| Energy Efficient Items | n/a | n/a | | n/a | | n/a | |
| Garage/Carport | None | None | | 1 Car | | None | |
| Porches, Patio, Deck Fireplace(s), etc. | n/a | n/a | | n/a | | n/a | |
| Fence, Pool, etc. | n/a | n/a | | n/a | | n/a | |
| Other | n/a | n/a | | n/a | | n/a | |
| Net Adj. (total) | | ☒+ ☐- | $100000 | ☐+ ☐- | $0 | ☐+ ☒- | $-50000 |
| Adjusted Sales Price of Comparable | | | $599999 | | $575000 | | $600000 |

## VI. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales).

|  | 90-120 Market Value | Suggested List Price |
|---|---|---|
| AS IS | $550,000 | $575,000 |
| REPAIRED | $550,000 | $575,000 |
| ANTICIPATED SALES PRICE | $ | |
| 30 DAY QUICK SALE VALUE | $500,000 | |

Last Sale of Subject,  Price $ _____   Date _____

COMMENTS (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

The subject property is a two story, corner property located in an urban neighborhood in South Philadelphia. This property consists of a restaurant/bar/café on the first floor and a second floor that could be used as offices or residential space. The property is currently occupied and the business on the first floor is open and operating for business. All of the comps used are similar style mixed use properties that are located close to the subject property. Comp sale #1 is smaller than the subject, but located within two blocks of this property. Comp sale #2 and #3 are similar sized corner properties located in the same area. Comp listing #1 is smaller than the subject, but is a very similar 2 story resturant/bar located within one block of the subject. Comp listing #2 is a similar sized corner property also located within one block of the subject property. The average sale price per square footage of the comp sales is $209.59 per square foot which would put the current value of this property at approximately $550,000 based upon square footage.

_Mitchell Cohn_  3/14/2024

## DIGITAL PHOTO ADDENDUM

Loan                                      Contact: Mitchell Cohen

Address:   1301 W. Moyamensing Ave











Sold comp #1



Sold Comp #2



Sold Comp #3



Listing Comp #1

## DIGITAL PHOTO ADDENDUM

Loan #            Contact: Mitchell Cohen

Address: 1301 W. Moyamensing Ave



Sold Comp #2



Sold Comp #3