

Judgment as of 2/27/2023:   $558,555.23

6% interest at 384 days:    $35,747.53

Total:                      $594,302.76