**AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**

Credit Insurance Division
1949 East Sunshine St
Springfield, MO 65899-0001

## MORTGAGOR'S NOTICE OF INSURANCE
### (EVIDENCE OF INSURANCE COVERAGE PLACED)

| | | | |
|---|---|---|---|
| **Borrower/Mortgagor Name:** | WOPIRB, LLC - Philadelphia, PA<br>Michael Powles | **Date:** | 07/26/2022 |
| **Mailing Address:** | 2528 South 13th Street<br>Philadelphia, PA 19148 | **Master Policy Number:**<br>**Certificate Number:** | |
| **Insured Property Address:** | 1301 W. Moyamensing Avenue<br>Philadelphia, PA 19148 | **Effective Date:**<br>**Expiration Date:** | 03/01/2022<br>03/01/2023 |
| | | 12:01 A.M. Local Standard Time at the address of the Insured Property | |
| **Name Insured/Mortgagee:** | Stormfield Capital Funding I, LLC ISAOA/ATIMA<br>200 Pecquot Ave<br>Southport, CT 06890 | | |
| **Loan Number:** | | | |

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of our liability against each such coverage shall be as stated herein, subject to all the terms of this **Notice of Insurance** having referenced thereto.

| COVERAGE TYPE | LIMIT OF LIABILITY (AMOUNT OF INSURANCE) | DEDUCTIBLE (IF ANY) | | RATE | PREMIIUM |
|---|---|---|---|---|---|
| Commercial | $475,000.00 | All Other Peril:<br>Wind/Hail: | $1,000<br>$1,000 or 2% (whichever is greater) | 1.49 | $7,078.00 |

| | |
|---|---|
| TOTAL PREMIUM: | $7,078.00 |
| TAXES & FEES: | $0.00 |
| TOTAL AMOUNT DUE: | $7,078.00 |

Your lender/mortgagee has ordered insurance on the above listed property in the amount and premium indicated above. This insurance may not sufficiently protect your interest in the property and covers only loss to the insured structure. Coverage is limited to perils insured under our agreement with your lender and is subject to all limitations and exclusions set forth herein. Coverage is not afforded for building code upgrades unless added by endorsement and an additional premium is paid.

This **Notice of Insurance** is for information purposes only.
It neither amends, nor extends or alters the coverage afforded under the agreement it describes.
Coverage as described herein is excess over any other valid and collectible insurance.

**Please contact your lender if you have any questions about the placement of this coverage.**

**AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**

Credit Insurance Division
1949 East Sunshine St
Springfield, MO 65899-0001

## MORTGAGOR'S NOTICE OF INSURANCE
### (EVIDENCE OF INSURANCE COVERAGE PLACED)

| | | | |
|---|---|---|---|
| **Borrower/Mortgagor Name:** | WOPIRB, LLC - Philadelphia, PA<br>Michael Powles | **Date:** | 03/02/2023 |
| **Mailing Address:** | 2528 South 13th Street<br>Philadelphia, PA 19148 | **Master Policy Number:**<br>**Certificate Number:** | |
| **Insured Property Address:** | 1301 W. Moyamensing Avenue<br>Philadelphia, PA 19148 | **Effective Date:**<br>**Expiration Date:** | 03/01/2023<br>03/01/2024 |
| | | 12:01 A.M. Local Standard Time at the address of the Insured Property | |
| **Name Insured/Mortgagee:** | Stormfield Capital Funding I, LLC ISAOA/ATIMA<br>200 Pecquot Ave<br>Southport, CT 06890 | | |
| **Loan Number:** | | | |

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of our liability against each such coverage shall be as stated herein, subject to all the terms of this **Notice of Insurance** having referenced thereto.

| COVERAGE TYPE | LIMIT OF LIABILITY (AMOUNT OF INSURANCE) | DEDUCTIBLE (IF ANY) | | RATE | PREMIIUM |
|---|---|---|---|---|---|
| Commercial | $475,000.00 | All Other Peril:<br>Wind/Hail: | $1,000<br>$1,000 or 2% (whichever is greater) | 1.49 | $7,078.00 |

| | |
|---|---|
| TOTAL PREMIUM: | $7,078.00 |
| TAXES & FEES: | $0.00 |
| TOTAL AMOUNT DUE: | $7,078.00 |

Your lender/mortgagee has ordered insurance on the above listed property in the amount and premium indicated above. This insurance may not sufficiently protect your interest in the property and covers only loss to the insured structure. Coverage is limited to perils insured under our agreement with your lender and is subject to all limitations and exclusions set forth herein. Coverage is not afforded for building code upgrades unless added by endorsement and an additional premium is paid.

This **Notice of Insurance** is for information purposes only.
It neither amends, nor extends or alters the coverage afforded under the agreement it describes.
Coverage as described herein is excess over any other valid and collectible insurance.

**Please contact your lender if you have any questions about the placement of this coverage.**

**AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**

Credit Insurance Division
1949 East Sunshine St
Springfield, MO 65899-0001



## MORTGAGOR'S NOTICE OF INSURANCE
### (EVIDENCE OF INSURANCE COVERAGE PLACED)

| | | | |
|---|---|---|---|
| **Borrower/Mortgagor Name:** | WOPIRB, LLC - Philadelphia, PA<br>Michael Powles | **Date:** | 03/01/2024 |
| **Mailing Address:** | 2528 South 13th Street<br>Philadelphia, PA 19148 | **Master Policy Number:**<br>**Certificate Number:** | ▮▮▮▮<br>▮▮▮▮ |
| **Insured Property Address:** | 1301 W. Moyamensing Avenue<br>Philadelphia, PA 19148 | **Effective Date:**<br>**Expiration Date:** | 03/01/2024<br>03/01/2025 |
| | | 12:01 A.M. Local Standard Time at the address of the Insured Property | |
| **Name Insured/Mortgagee:** | Stormfield Capital Funding I, LLC ISAOA/ATIMA<br>200 Pecquot Ave<br>Southport, CT 06890 | | |
| **Loan Number:** | ▮▮▮▮ | | |

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of our liability against each such coverage shall be as stated herein, subject to all the terms of this **Notice of Insurance** having referenced thereto.

| COVERAGE TYPE | LIMIT OF LIABILITY (AMOUNT OF INSURANCE) | DEDUCTIBLE (IF ANY) | | RATE | PREMIIUM |
|---|---|---|---|---|---|
| Commercial | $475,000.00 | All Other Peril:<br>Wind/Hail: | $1,000<br>$1,000 or 2% (whichever is greater) | 1.49 | $7,078.00 |
| | | | TOTAL PREMIUM: | | $7,078.00 |
| | | | TAXES & FEES: | | $0.00 |
| | | | TOTAL AMOUNT DUE: | | $7,078.00 |

Your lender/mortgagee has ordered insurance on the above listed property in the amount and premium indicated above. This insurance may not sufficiently protect your interest in the property and covers only loss to the insured structure. Coverage is limited to perils insured under our agreement with your lender and is subject to all limitations and exclusions set forth herein. Coverage is not afforded for building code upgrades unless added by endorsement and an additional premium is paid.

This **Notice of Insurance** is for information purposes only.
It neither amends, nor extends or alters the coverage afforded under the agreement it describes.
Coverage as described herein is excess over any other valid and collectible insurance.

**Please contact your lender if you have any questions about the placement of this coverage.**