United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
WOPIRB, LLC  
    Debtor

Case No. 23-12722-pmm  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 04, 2024     Form ID: pdf900     Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | WOPIRB, LLC, 2528 S 13th St, Philadelphia, PA 19148-4306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Apr 05 2024 00:08:00 | City of Philadelphia, Law Department- Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:

**Name**     **Email Address**

KEVIN P. CALLAHAN  
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MEGAN N. HARPER  
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK  
    on behalf of Debtor WOPIRB  LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

TAMMY BENOZA  
    on behalf of Creditor Stormfield Capital Funding I  LLC bankruptcy@fskslaw.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                       User: admin                                  Page 2 of 2
Date Rcvd: Apr 04, 2024                    Form ID: pdf900                              Total Noticed: 2

VINCENT D. DIMAIOLO, JR.
                on behalf of Creditor Stormfield Capital Funding I  LLC vdimaiolo@feinsuch.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WOPIRB, LLC, | : | |
| Debtor. | : | Case No. 23-12722 (PMM) |

## ORDER SCHEDULING STATUS HEARING

**AND NOW**, upon consideration of the transfer of this Bankruptcy Case to the undersigned Judge;

It is hereby **ordered** that a status hearing with regard to case progress and pending matters will be held on **Wednesday, May 8, 2024 at 9:30 a.m.** in the United States Bankruptcy Court, Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.

Dated: 4/3/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge