# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>WOPIRB, LLC,<br><br>Debtor. | Case No. 23-12722-pmm<br><br>Chapter 11<br><br>Objection to ECF No. 54 |

**Debtor's Objection to Motion for Relief from the Automatic Stay**

Debtor WOPIRB, LLC, by its attorney, hereby objects to the Motion for Relief from the Automatic Stay filed by Movant Stormfield Capital Funding I, LLC, and requests that the Court hear the Motion as scheduled.

Date: April 22, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael I. Assad

Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

**Certificate of Service**

I certify that on this date I caused this document to be served on all parties on the Clerk's Service List by electronic means through the CM/ECF system.

Date: April 22, 2024

/s/ Michael I. Assad
Michael I. Assad