United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
WOPIRB, LLC  
    Debtor

Case No. 23-12722-pmm  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 02, 2024      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | WOPIRB, LLC, 2528 S 13th St, Philadelphia, PA 19148-4306 |
| 14813956 | | 1301 W Moyamensing LLC, 1301 W Moyamensing Ave, Philadelphia, PA 19148-4325 |
| 14813958 | + | Fein, Such, Kahn & Shepard, P.C., 7660 Imperial Way, Suite 121, Allentown, PA 18195-1022 |
| 14813960 | | James J. Descano, CPA, PC, 3904 Marlton Pike, Pennsauken, NJ 08110-6315 |
| 14813961 | + | Michael F. Powles, 1301 W. Moyamensing Avenue, Philadelphia, PA 19148-4325 |
| 14813965 | | Stormfield Capital Funding I LLC, 200 Pequot Ave, Southport, CT 06890-1371 |
| 14815588 | + | Stormfield Capital Funding I, LLC, C/O Tammy L. Terrell Benoza, Esq., FEIN, SUCH, KAHN & SHEPARD, P.C., 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 02 2024 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 02 2024 23:54:00 | City of Philadelphia, Law Department- Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14822435 | | Email/Text: megan.harper@phila.gov | Jul 02 2024 23:54:00 | Water Revenue Bureau, c/o Megan N. Harper, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14813957 | | Email/Text: megan.harper@phila.gov | Jul 02 2024 23:54:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14822555 | + | Email/Text: megan.harper@phila.gov | Jul 02 2024 23:54:00 | City of Phila. Law Dept., c/o Megan N. Harper, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14813959 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2024 23:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14813962 | | Email/Text: fesbank@attorneygeneral.gov | Jul 02 2024 23:54:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14813963 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14813964 | ^ | MEBN | Jul 02 2024 23:49:21 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14813966 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2024 | Form ID: pdf900 | Total Noticed: 19 |

|  |  | Jul 02 2024 23:54:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
|---|---|---|---|
| 14813967 | ^ MEBN | Jul 02 2024 23:49:37 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14831979 | *+ | STORMFIELD CAPITAL FUNDING I, LLC, 200 PEQUOT AVENUE, SOUTHPORT, CT 06890-1371 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor WOPIRB LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| TAMMY BENOZA | on behalf of Creditor Stormfield Capital Funding I LLC bankruptcy@fskslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT D. DIMAIOLO, JR. | on behalf of Creditor Stormfield Capital Funding I LLC vdimaiolo@feinsuch.com |

TOTAL: 7

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WOPIRB, LLC, | : | BANKR.NO.  23-12722-pmm |
| | : | |
| Debtor. | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The United States trustee has filed **a Motion to Dismiss or Convert to Chapter 7** with the Court.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

    Dave P. Adams
    Office of the U.S. trustee
    900 Market Street, Suite 320
    Philadelphia, PA   19107
    Telephone:   (215) 597-4411/Fax: (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Hon. Patricia M. Mayer on **July 24, 2024, at 9:30 a.m. in Courtroom #1**, U. S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:   July 1, 2024.