# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| WOPIRB, LLC | Bky. No. 23-12722-pmm |
| Debtor(s). | |
| Stormfield Capital Funding I, LLC, | |
| Movant | |
| vs. | 11 U.S.C. § 362 |
| WOPIRB, LLC | |
| Respondent. | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

AND NOW, this 10th day of July, 2024, at PHILADELPHIA, upon consideration of the Motion for Relief from Stay re: 1301-03 West Moyamensing Avenue, Philadelphia, PA 19148 filed by Stormfield Capital Funding I, LLC, pursuant to 11 U.S.C. § 362(d), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief is hereby GRANTED;

It is further ORDERED that relief from the automatic stay, as provided under 11 U.S.C. §362, is granted with respect to 1301-03 West Moyamensing Avenue, Philadelphia, PA 19148 (the "Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to permit Movant, its successors or assignees, to proceed with its rights and remedies under the terms of said Mortgage;

It is further ORDERED that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and

It is further ORDERED that relief from stay shall remain in full force and effect, irrespective of any subsequent conversion of this case to another chapter under the Bankruptcy Code.

Dated: **July 10, 2024**

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY COURT