United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12722-pmm |
| WOPIRB, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | WOPIRB, LLC, 2528 S 13th St, Philadelphia, PA 19148-4306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor WOPIRB LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| TAMMY BENOZA | on behalf of Creditor Stormfield Capital Funding I LLC bankruptcy@fskslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT D. DIMAIOLO, JR. | on behalf of Creditor Stormfield Capital Funding I LLC vdimaiolo@feinsuch.com |

District/off: 0313-2        User: admin        Page 2 of 2
Date Rcvd: Jul 10, 2024        Form ID: pdf900        Total Noticed: 1
TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| WOPIRB, LLC | : | |
| | : | Bky. No. 23-12722-pmm |
| Debtor(s). | : | |
| | : | |
| Stormfield Capital Funding I, LLC, | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | 11 U.S.C. § 362 |
| | : | |
| WOPIRB, LLC | : | |
| | : | |
| Respondent. | : | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

AND NOW, this  10th   day of  July  , 2024, at PHILADELPHIA, upon consideration of the Motion for Relief from Stay re: 1301-03 West Moyamensing Avenue, Philadelphia, PA 19148 filed by Stormfield Capital Funding I, LLC, pursuant to 11 U.S.C. § 362(d), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief is hereby GRANTED;

It is further ORDERED that relief from the automatic stay, as provided under 11 U.S.C. §362, is granted with respect to 1301-03 West Moyamensing Avenue, Philadelphia, PA 19148 (the "Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to permit Movant, its successors or assignees, to proceed with its rights and remedies under the terms of said Mortgage;

It is further ORDERED that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and

It is further ORDERED that relief from stay shall remain in full force and effect, irrespective of any subsequent conversion of this case to another chapter under the Bankruptcy Code.

Dated: **July 10, 2024**

*Patricia M. Mayer*

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY COURT