IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WOPIRB, LLC, | : | BANKR.NO.   23-12722-pmm |
| | : | |
| Debtor. | : | |

## ORDER

AND NOW, this _____ day of July 2024, upon consideration of the U. S. trustee's Motion to Dismiss and the Debtor's response, if any, it is now ORDERED that the U. S. trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

**Date: July 24, 2024**

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge