United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 23-12722-pmm
   WOPIRB, LLC                                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin                              Page 1 of 2
Date Rcvd: Jul 24, 2024       Form ID: pdf900                          Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | WOPIRB, LLC, 2528 S 13th St, Philadelphia, PA 19148-4306 |
| 14813956 | | 1301 W Moyamensing LLC, 1301 W Moyamensing Ave, Philadelphia, PA 19148-4325 |
| 14813958 | + | Fein, Such, Kahn & Shepard, P.C., 7660 Imperial Way, Suite 121, Allentown, PA 18195-1022 |
| 14813960 | | James J. Descano, CPA, PC, 3904 Marlton Pike, Pennsauken, NJ 08110-6315 |
| 14813961 | + | Michael F. Powles, 1301 W. Moyamensing Avenue, Philadelphia, PA 19148-4325 |
| 14813965 | | Stormfield Capital Funding I LLC, 200 Pequot Ave, Southport, CT 06890-1371 |
| 14815588 | + | Stormfield Capital Funding I, LLC, C/O Tammy L. Terrell Benoza, Esq., FEIN, SUCH, KAHN & SHEPARD, P.C., 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City of Philadelphia, Law Department- Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14822435 | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | Water Revenue Bureau, c/o Megan N. Harper, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14813957 | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14822555 | + | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City of Phila. Law Dept., c/o Megan N. Harper, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14813959 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 00:19:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14813962 | | Email/Text: fesbank@attorneygeneral.gov | Jul 25 2024 00:19:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14813963 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14813964 | ^ | MEBN | Jul 25 2024 00:03:28 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14813966 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |

| | | | |
|---|---|---|---|
| | | Jul 25 2024 00:19:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14813967 | ^ MEBN | Jul 25 2024 00:03:17 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14831979 | *+ | STORMFIELD CAPITAL FUNDING I, LLC, 200 PEQUOT AVENUE, SOUTHPORT, CT 06890-1371 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2024            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

**Name**  **Email Address**

DAVE P. ADAMS
on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MEGAN N. HARPER
on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
on behalf of Debtor WOPIRB LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

TAMMY BENOZA
on behalf of Creditor Stormfield Capital Funding I LLC bankruptcy@fskslaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

VINCENT D. DIMAIOLO, JR.
on behalf of Creditor Stormfield Capital Funding I LLC vdimaiolo@feinsuch.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WOPIRB, LLC, | : | BANKR.NO.  23-12722-pmm |
| | : | |
| Debtor. | : | |

## ORDER

AND NOW, this ____ day of July 2024, upon consideration of the U. S. trustee's Motion to Dismiss and the Debtor's response, if any, it is now ORDERED that the U. S. trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

**Date: July 24, 2024**

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge